FILED
AUG - 6 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | CASE NO. **4:24 CR 00277** |
| v. ) | Title 18, United States Code, |
| ) | Sections 922(a)(6), (g)(1), |
| ANTHONY SCHAFFER, ) | 924(a)(2), (a)(8), and 2. |
| ELIZABETH SOPKOVICH, ) | |
| Defendants. ) | **JUDGE FLEMING** |

COUNT 1
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about May 5, 2024, in the Northern District of Ohio, Eastern Division, Defendants ANTHONY SCHAFFER, knowing he had been previously convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Complicity to Robbery, on or about April 19, 2007, in case number 07 CR 508, in the Mahoning County, Ohio, Court of Common Pleas; Felon in Possession of a Firearm and Ammunition, on or about June 27, 2013, in case number 4:13CR5, in the United States District Court, Northern District of Ohio; and Felon in Possession of a Firearm and Ammunition, on or about November 7, 2019, in case number 5:19CR84, in the United States District Court, Northern District of Ohio. knowingly possessed in and affecting interstate commerce a firearm, to wit: a Springfield Armory, Hellcat, semiautomatic pistol, 9mm caliber, bearing serial number BE301477, and ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2
(False Statement During Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury charges:

2. On or about December 29, 2023, in the Northern District of Ohio, Eastern Division, Defendant ELIZABETH SOPKOVICH, aided, abetted, and counseled by Defendant ANTHONY SCHAFFER, in connection with the acquisition of a firearm, to-wit: a Springfield Armory, Hellcat, semiautomatic pistol, 9mm caliber, bearing serial number BE301477, from Fin Feather Fur Outfitters, 138 Boardman Poland Road, Youngstown, Ohio 44514, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Fin Feather Fur Outfitters, which statement was intended and likely to deceive Fin Feather Fur Outfitters, as to a fact material to the lawfulness of such sale of said firearm to the defendant under chapter 44 of Title 18, in that SOPKOVICH represented that she was the purchaser of the firearm, when in fact, she was purchasing said firearm for another individual, in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 and 2 are incorporated herein by reference. As a result of the foregoing offense, Defendants

ANTHONY SCHAFFER and ELIZABETH SOPKOVICH shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Counts 1 and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.